1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| FABRIC SELECTION, INC., | Case No.: CV 20-566-DMG (MRWx) |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE [30]** |
| v. | |
| NORDSTROM INC., *et al*, | |
| Defendants. | |

1

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. The above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal; and

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

IT IS SO ORDERED.

DATED:  April 6, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE